**STATE of Missouri, Respondent,**

v.

**Daishae S. HILL, Appellant.**

**Nos. WD 50638, WD 52074.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Attorney General, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Daishae S. Hill appeals his convictions for two counts of robbery in the first degree, six counts of armed criminal action, one count of assault in the second degree, one count of burglary in the first degree, and two counts of kidnapping. He also appeals the denial of his Rule 29.15 motion. We affirm the convictions and the denial of post-conviction relief. Rules 30.25(b) and 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Paul O. SOMMERER, Appellant.**

**No. WD 51550.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

Grant W. Smith, Linn, for appellant.

Robert W. Russell, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Defendant–Appellant Paul Otto Sommerer was convicted of two counts of failure to obey an Ex Parte Order of Protection. On appeal, he alleges error in failing to require a formal arraignment following amendment of the date of the violation alleged in one of the counts of the information. We have reviewed the briefs and the record on appeal and find no error. Because a published opinion reciting the detailed facts and applicable principles of law would have no precedential value, we affirm by this summary order, but have provided the parties with a memorandum opinion, for their information only, setting forth our reasoning.

Judgment affirmed. Rule 30.25(b).